**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| Ray S. Hawkins, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. 3:20 CV 50479 |
| v. ) | |
| ) | Magistrate Judge Lisa A. Jensen |
| United States of America, ) | |
| ) | |
| *Defendant.* ) | |

**ORDER**

REPORT AND RECOMMENDATION: Telephonic hearing held on 3/2/2021. Plaintiff orally moves to voluntarily dismiss his cause of action with prejudice. It is this Court's report and recommendation that Plaintiff's oral motion be granted and that the case be dismissed pursuant to Rule 41(a)(2). Any objection to this report and recommendation must be filed by 3/16/2021. See Fed. R. Civ. P. 72(b). The failure to file a timely objection may result in the waiver of objections on appeal. See Provident Bank v. Manor Steel Corp., 882 F.2d 258, 260-61 (7th Cir. 1989). The Clerk is directed to mail a copy of this order to Plaintiff's last known address reported on the docket. Signed by the Honorable Lisa A. Jensen on 3/2/2021.

Date: 3/2/2021          By: _____
                                    Lisa A. Jensen
                                    United States Magistrate Judge