# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| Ray S. Hawkins, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 20 C 50479 |
| | ) | |
| v. | ) | |
| | ) | Judge Iain D. Johnston |
| United States of America, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On 3/2/2021 the plaintiff made an oral motion to Magistrate Judge Jensen to dismiss his case with prejudice. Judge Jensen entered a Report and Recommendation that the plaintiff's motion be granted and gave any party 14 days to object. No party has objected, and so the Court accepts the Report and Recommendation. The plaintiff's oral motion to voluntarily dismiss this case with prejudice is granted. Civil case terminated.

Date: March 22, 2021     By: _____
Iain D. Johnston
United States District Judge